UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW BROWN,<br><br>                   Plaintiff,<br><br>          v.<br><br>COMMON GROUND MANAGEMENT<br>CORPORATION D/B/A BREAKING GROUND,<br>and ANNA FISHER,<br><br>                   Defendants. | 25-CV-8522 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On January 23, 2026, the Court ordered the parties to submit a joint status letter and proposed case management plan and scheduling order by April 3, 2026. To date, no such materials have been filed.

The parties shall submit their joint letter and proposed case management plan no later than April 9, 2026. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:        April 7, 2026
              New York, New York

_____
Ronnie Abrams
United States District Judge